|                              |   |                  |
|------------------------------|---|------------------|
|                              | * | IN THE           |
| ATTORNEY GRIEVANCE           | * |                  |
| COMMISSION OF MARYLAND       |   | SUPREME COURT    |
|                              | * |                  |
|                              |   | OF MARYLAND      |
| v.                           | * |                  |
|                              |   | AG No. 33        |
| ANITHA WILEEN JOHNSON        | * |                  |
|                              |   | September Term, 2021 |
|                              | * |                  |

# O R D E R

Upon consideration of the notice of final disposition, the show cause order, and Bar Counsel's response to the show cause order, it is this 19th day of January 2024,

ORDERED that, effective immediately, the Respondent, Anitha Wileen Johnson, is disbarred from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall remove the name of Anitha Wileen Johnson from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader
Chief Justice